IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY DWAYNE RUSSELL                                           PLAINTIFF

V.                         CASE NO. 5:15-CV-5112

SHERIFF TIM HELDER, Washington County,
Arkansas; SERGEANT BYRD; and
CHAPLAIN EARL ADAMS                                            DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 25) filed in this case on May 9, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 19) is **DENIED.**

IT IS SO ORDERED on this 20th day of June, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE